RECEIVED
MAR - 2 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **CONSTANCE COPELAND** | CIVIL ACTION 07-2169 |
| VERSUS | JUDGE DOHERTY |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY** | MAGISTRATE JUDGE METHVIN |

### *JUDGMENT*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and **REMANDED** to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Lafayette, Louisiana this ___ day of _March_, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT